UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAMIEN KENNETH-JAMES SEYMOUR,         **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

### Assault by Strangulation

On or about August 29, 2024, in Menominee County, on land held in trust by the United States for the use of the Hannahville Indian Community, in the Northern Division of the Western District of Michigan, on or near the Woodland Gathering Grounds (also known as the Hannahville Pow Wow Grounds), Defendant,

**DAMIEN KENNETH-JAMES SEYMOUR**,

an Indian, assaulted his intimate partner and dating partner, ALS, by strangling and attempting to strangle her.

18 U.S.C. § 113(a)(8)
18 U.S.C. §§ 113(b)(3), (4)
18 U.S.C. §§ 2266(7)(A)(i)(II), (10)
18 U.S.C. § 1151
18 U.S.C. § 1153

          A TRUE BILL

      [ /s/ Redacted ]
      GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_[signature]_

THEODORE J. GREELEY
Assistant United States Attorney